## WERNEKE v. THE STATE.

LIQUOR LAW.—*Information.*—In an information, under the liquor law of 1873, for selling intoxicating liquor to an intoxicated person, it was not necessary to allege that the defendant had notice of the intoxication of such person.

From the Putnam Circuit Court.

*J. J. Smiley* and *W. G. Neff*, for appellant.

*C. A. Buskirk*, Attorney General, for the State.

WORDEN, J.—Information against the appellant for selling intoxicating liquor to a person (naming him) who was then and there intoxicated. Conviction. The only point made by the appellant is, that the information should have alleged that the appellant had notice of the intoxication of the person to whom the liquor was sold. Such allegation, in our opinion, was unnecessary.

The judgment below is affirmed, with costs.